1  EDMUND G. BROWN JR.
   Attorney General of California
2  JOYCE E. HEE
   Acting Supervising Deputy Attorney General
3  KAREN W. YIU
   Deputy Attorney General
4  State Bar No. 230710
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone: (415) 703-5385
6   Fax: (415) 703-5480
    E-mail: Karen.Yiu@doj.ca.gov
7  *Attorneys for Defendants Franchise Tax Board and
   Employment Development Department*

IN THE UNITED STATES DISTRICT COURT

FOR THE NOTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | C-08-4371 MMC |
| Plaintiff, | **STIPULATION FOR RESCHEDULING OF CASE MANAGEMENT CONFERENCE; ORDER** |
| v. | |
| **DOUGLAS R. CARAWAY; FREMONT BANK; STATE OF CALIFORNIA FRANCHISE TAX BOARD; STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT; SAN JOAQUIN COUNTY DISTRICT ATTORNEY'S OFFICE, FAMILIY SUPPORT DIVISION; CHESTER J. GILBERT; COLLECTORNICS, INC.; JOHN EGGLI; COLLECTION BUREAU OF CALIFORNIA; AMANDA AND FRED HUMMEL; STEPHEN CRAWAY; FLORENCE LINOR REGE; C. THOMAS BISCARDI,** | |
| Defendants. | |

26 //
27 //
28 //

1

1     Plaintiff United States of America and Defendants Douglas R. Caraway ("Caraway"),
2 Franchise Tax Board ("FTB"), and Employment Development Depratment ("EDD"), through
3 their respective counsel, stipulate and agree that the case management conference, currently
4 scheduled for January 2, 2009, at 10:30 a.m. in Courtroom 7, will be rescheduled to February 13,
5 2009, at 10:30 a.m. in Courtroom 7. The reason for the rescheduling is that Karen L. Hawkins,
6 counsel for Caraway, and Karen W. Yiu, counsel for FTB and EDD, will be out of the country
7 and unavailable on January 2, 2009.

9 Dated: December 1, 2008      JOSEPH P. RUSSONIELLO
    United States Attorney

/s/ David L. Denier

DAVID L. DENIER
Assistant United States Attorney
Tax Division
*Attorneys for Plaintiff United States of America*

15 Dated: December 3, 2008      TAGGART & HAWKINS P.C.

/s/ Karen L. Hawkins

KAREN L. HAWKINS
*Attorneys for Defendant Douglas R. Caraway*

20 Dated: December 3, 2008      EDMUND G. BROWN JR.
Attorney General of California
JOYCE E. HEE
Acting Supervising Deputy Attorney General

/s/ Karen W. Yiu

KAREN W. YIU
Deputy Attorney General
*Attorneys for Defendants Franchise Tax Board and Employment Development Department*

1

## ORDER

2   PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4   Dated: December 5, 2008          _____
                                      UNITED STATES DISTRICT JUDGE
5

6
SF2008900555
7   40292067.doc

3