1    Karen L. Hawkins (SBN 88601)
Brett L. Gibbs (SBN 251000)

2    Taggart & Hawkins P.C.
1901 Harrison Street, Suite 1600

3    Oakland, CA 94612-3501
(510) 893-9999

4

5    Attorneys for Douglas R. Caraway

6

7                 IN THE UNITED STATES DISTRICT COURT FOR THE

8                  NORTHERN DISTRICT OF CALIFORNIA

9                     SAN FRANCISCO DIVISION

10

11    UNITED STATES OF AMERICA,        )     **No. C–08–04371–MMC**
                                         )

12            Plaintiff,             )     ~~ERRATA~~
                                         )

13        v.                      )     **STIPULATION AND REQUEST FOR**
                                         )     **RESCHEDULING OF CASE**
                                         )     **MANAGEMENT CONFERENCE ;**

14                                          )     **ORDER**
DOUGLAS R. CARAWAY, et al.      )

15                                          )

16            Defendant.          )
                                         )

17

18          Plaintiff United States of America and Defendants Douglas R. Caraway ("Caraway"),

19    Franchise Tax Board ("FTB"), and Employment Development Department ("EDD"), through

20    their respective counsel, stipulate and request that the case management conference, currently

21    scheduled for February 13, 2009, at 10:30 a.m. in Courtroom 7, be rescheduled to April 17, 2009,

22    at 10:30 a.m. in Courtroom 7.

23          The parties have met and conferred with respect to all issues in this case.  Defendant

24    Caraway has failed to file income tax returns with the state of California and with the  Internal

25    Revenue Service ("IRS") for the years 1999 through and including 2004.   Plaintiff United States

26    prepared substitutes for returns ("SFR's") with respect to each of those years based upon income

27    information available to it and made tax assessments pursuant to the SFR's.  Defendants FTB

28    and EDD have recorded state tax liens against Defendant Caraway.

1    Defendant Caraway has secured the services of an income tax return preparer to prepare

2  tax returns for the years 1999 through 2004, inclusive for presentation to and examination by

3  both the IRS and FTB. The returns for 2000 and 2001 have been completed and show a

4  substantial reduction in taxes potentially owed to both agencies. Once the balance of the returns

5  can be prepared and reviewed, the parties believe  modifications of the amounts of judgment

6  sought for unpaid tax liabilities can be made.  Defendant Caraway will stipulate to the modified

7  tax liabilities and make arrangements with the tax authorities for payment.

8    The reason for rescheduling the February 13, 2009 Case Management Conference is to

9  allow additional time for Defendant Caraway's tax preparer to obtain necessary records and to

10  prepare the balance of the delinquent tax returns. For certain of the years, obtaining records

11  requires requesting copies of canceled checks from banks. This process is taking some time. In

12  addition, the preparer who has been retained by Defendant Caraway has obligations to other

13  clients to prepare and file 2008 income tax returns, thereby making it impossible for him to

14  devote 100% of his day to the returns for Caraway.

15

16  DATED  2/6/09                                   /S/ David L. Denier
                                                JOSEPH P. RUSSONIELLO
17                                              United States Attorney
                                                 DAVID L. DENIER
18                                               Assistant United States Attorney
                                                Tax Division
19                                              Attorneys for Plaintiff United States of America

20

21

22

23

24  DATED:  2/6/09                                 /S/ Karen L. Hawkins
                                                TAGGART & HAWKINS P.C.
25                                              KAREN L. HAWKINS
                                                Attorneys for Defendant Douglas R. Caraway
26

27

28  /////////////

-2-

1

2

3    DATED: 2/6/09                          /S/ Karen W. Yiu
                                            EDMUND G. BROWN JR.
4                                         Attorney General of California
                                          JOYCE E. HEE
5                                          Supervising Deputy Attorney General
                                           KAREN W. YIU
6                                           Deputy Attorney General
                                          Attorneys for Defendants Franchise Tax Board
7                                          and Employment Development Department

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & REQUEST FOR CONTINUANCE OF CMC
(Case No. C-08-04371-MMC)

1              ORDER

2

3    PURSUANT TO STIPULATION, THE CASE MANAGEMENT CONFERENCE IN THIS
                                    10
4    CASE SHALL BE RESCHEDULED FOR APRIL 17, 2009, 10:30 A.M., COURTROOM 7.

5    IT IS SO ORDERED.

6

7    Dated: February 6, 2009

8                                    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -