Karen L. Hawkins (SBN 88601)
Brett L. Gibbs (SBN 251000)
Taggart & Hawkins P.C.
1901 Harrison Street, Suite 1600
Oakland, CA 94612-3501
(510) 893-9999

Attorneys for Douglas R. Caraway

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>DOUGLAS R. CARAWAY, et al.<br><br>            Defendant. | **No. C–08–04371–MMC**<br><br><br>STIPULATION AND REQUEST FOR RESCHEDULING OF CASE MANAGEMENT CONFERENCE; ORDER THEREON |

    Plaintiff United States of America and Defendants Douglas R. Caraway ("Caraway"),

Franchise Tax Board ("FTB"), and Employment Development Department ("EDD"), through their

respective counsel, stipulate and request that the case management conference, currently scheduled

for April 10, 2009, at 10:30 a.m. in Courtroom 7, be rescheduled to July 10, 2009, at 10:30 a.m. in

Courtroom 7.

    The parties have met and conferred with respect to all issues in this case.  Defendant

Caraway previously failed to file income tax returns with the state of California and with the

Internal Revenue Service ("IRS") for the years 1998 (FTB only), 1999 through and including

2004.   Plaintiff United States prepared substitutes for returns ("SFR's") with respect to each of

those years based upon income information available to it, and made tax assessments pursuant to

the SFR's.  Defendants FTB and EDD have recorded state tax liens against Defendant Caraway for

tax liabilities believed to be due.

Defendant Caraway has delivered to the Franchise Tax Board and to the Internal Revenue Service California and federal income tax returns the years 1998 (FTB only), 1999 through 2004, inclusive. These returns were prepared by a paid tax preparer and show a substantial reduction in taxes potentially owed to both agencies. Both agencies will assign these returns for review by someone in their examination divisions. Once the balances due on each return are confirmed, or revisions are proposed during the process of the examination, the parties believe  modifications to the amounts of judgments sought for unpaid California and federal income tax liabilities will be made.  At that time, Defendant Caraway will stipulate to the modified tax liabilities and make arrangements with the tax authorities for payment.

The reason for rescheduling the April, 2009 Case Management Conference is to allow time for the tax agencies' examination personnel to review and accept, or propose modifications to, the returns prepared by  Defendant Caraway's tax preparer

DATED 3/30/09                                     /S/ David L. Denier
                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney
                                              DAVID L. DENIER
                                               Assistant United States Attorney
                                              Tax Division
                                              Attorneys for Plaintiff United States of America


DATED:  3/30/09                                   /S/ Karen L. Hawkins
                                              TAGGART & HAWKINS P.C.
                                              KAREN L. HAWKINS
                                               Attorneys for Defendant Douglas R. Caraway


DATED: 3/30/09                                    /S/ Karen W. Yiu
                                              EDMUND G. BROWN JR.
                                              Attorney General of California
                                              JOYCE E. HEE
                                              Supervising Deputy Attorney General
                                              KAREN W. YIU
                                               Deputy Attorney General
                                              Attorneys for Defendants Franchise Tax Board
                                               and Employment Development Department

1

ORDER

2

3

PURSUANT TO STIPULATION, THE CASE MANAGEMENT CONFERENCE IN THIS CASE
is hereby
4
~~SHALL BE~~ RESCHEDULED FOR JULY 10, 2009, 10:30 A.M., COURTROOM 7.

5

IT IS SO ORDERED.

6

7

Dated: ___March 31, 2009_____        _____

8

UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28