Brett L. Gibbs (SBN 251000)
William E. Taggart, Jr. (SBN 41134)
Taggart & Hawkins P.C.
1901 Harrison Street, Suite 1600
Oakland, CA 94612-3501
(510) 893-9999

Attorneys for Douglas R. Caraway

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> DOUGLAS R. CARAWAY, et al. ) <br> ) <br> ) <br> Defendant. ) <br> ) | **No. C–08–04371–MMC** <br><br> STIPULATION AND REQUEST FOR RESCHEDULING OF CASE MANAGEMENT CONFERENCE; ORDER THEREON |

   Plaintiff United States of America and Defendants Douglas R. Caraway ("Caraway"), Franchise Tax Board ("FTB"), and Employment Development Department ("EDD"), through their respective counsel, stipulate and request that the case management conference, currently scheduled for July 10, 2009, at 10:30 a.m. in Courtroom 7, be rescheduled to October 9, 2009, at 10:30 a.m. in Courtroom 7.

   The parties have met and conferred with respect to all issues in this case. Defendant Caraway previously failed to file income tax returns with the state of California and with the Internal Revenue Service ("IRS") for the years 1998 (FTB only), and 1999 through and including 2004. Plaintiff United States prepared substitutes for returns ("SFR's") with respect to each of those years based upon income information available to it, and made tax assessments pursuant to

1  the SFR's.  Defendants FTB and EDD have recorded state tax liens against Defendant Caraway
2  for tax liabilities believed to be due these two agencies.
3      Defendant Caraway has delivered California and federal income tax returns for the years
4  1998 (FTB only), and 1999 through 2004, inclusive, to the Franchise Tax Board and the Internal
5  Revenue Service, respectively. These returns were prepared by a paid tax preparer and show a
6  substantial reduction in taxes that the agencies presently contend are owed. These returns are
7  being reviewed by the examination divisions of the respective agencies, but the reviews have not
8  yet been completed.  As soon as the review process by the taxing agencies is completed, the
9  parties believe appropriate modifications to the amounts of judgments sought for unpaid
10 California and federal income tax liabilities can be made.  The parties anticipate that at that date,
11 Defendant Caraway will stipulate to the modified tax liabilities, and will make arrangements with
12 the tax agencies for payment of the agreed liabilities.
13     A rescheduling the July 10, 2009 Case Management Conference will allow the tax
14 examination divisions of the respective taxing agencies sufficient time to complete their
15 respective reviews of the tax returns prepared by  Defendant Caraway's tax preparer

DATED 6/30/09                                /S/ David L. Denier
                                             JOSEPH P. RUSSONIELLO
                                             United States Attorney
                                             DAVID L. DENIER
                                             Assistant United States Attorney
                                             Tax Division
                                             Attorneys for Plaintiff United States of America

DATED:  6/30/09                              /S/ William E. Taggart, Jr.
                                             TAGGART & HAWKINS P.C.
                                             William E. Taggart, Jr.
                                             Attorneys for Defendant Douglas R. Caraway

DATED: 6/30/09                               /S/ Karen W. Yiu
                                             EDMUND G. BROWN JR.
                                             Attorney General of California
                                             JOYCE E. HEE
                                             Supervising Deputy Attorney General
                                             KAREN W. YIU
                                             Deputy Attorney General
                                             Attorneys for Defendants Franchise Tax Board
                                             and Employment Development Department

| | |
|---|---|
| 1 | ORDER |

PURSUANT TO STIPULATION, THE CASE MANAGEMENT CONFERENCE IN THIS CASE SHALL BE RESCHEDULED FOR October 9, 2009, 10:30 A.M., COURTROOM 7. IT IS SO ORDERED.

Dated: July 1, 2009

UNITED STATES DISTRICT JUDGE