```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  THOMAS MOORE (ASB 4305-T78O)
    Chief, Tax Division
 3  DAVID L. DENIER (CSBN 95024)
    Assistant United States Attorney
 4      450 Golden Gate Ave., Box 36055
        San Francisco, CA 94102
 5      Telephone: (415) 436-6888
        Facsimile:  (415) 436-6748
 6      E-Mail: david.denier@usdoj.gov

 7  Attorneys for the United States of America
```

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **DOUGLAS R. CARAWAY; FREMONT BANK; STATE OF CALIFORNIA FRANCHISE TAX BOARD; STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT; SAN JOAQUIN COUNTY DISTRICT ATTORNEY'S OFFICE, FAMILY SUPPORT DIVISION; CHESTER J. GILBERT; COLLECTRONICS, INC.; JOHN EGGLI; COLLECTION BUREAU OF CALIFORNIA; AMANDA AND FRED HUMMEL; STEPHEN CARAWAY; FLORENCE LINOR REGE; C. THOMAS BISCARDI,** ) <br> ) <br> **Defendants.** ) <br> ) | No.  C-08-04371-MMC <br><br> **STIPULATION AND REQUEST FOR RESCHEDULING OF CASE MANAGEMENT CONFERENCE** <br> AND ORDER THEREON |

Plaintiff United States of America and Defendants Douglas R. Caraway ("Caraway"), Franchise Tax Board ("FTB"), and Employment Development Department ("EDD"), through their respective counsel, stipulate and request that the case management conference, currently scheduled for October 9, 2009, at 10:30 a.m. in Courtroom 7, be rescheduled to January 15, 2010, at 10:30 a.m. in Courtroom 7.

///

Defendant Caraway previously failed to file income tax returns with the state of California and with the Internal Revenue Service ("IRS") for the years 1998 (FTB only), 1999 through and including 2004. Plaintiff United States prepared substitutes for returns ("SFR's") with respect to each of those years based upon income information available to it, and made tax assessments pursuant to the SFR's. Defendants FTB and EDD have recorded state tax liens against Defendant Caraway for tax liabilities believed to be due.

Defendant Caraway has delivered to the Franchise Tax Board and to Internal Revenue Service California and federal income tax returns the years 1998 (FTB only), 1999 through 2004, inclusive. These returns were prepared by a paid tax preparer and show a substantial reduction in taxes potentially owed to both agencies. The returns have been assigned agents in examination divisions of the FTB and the IRS.

The IRS issued an Information Document Request with respect to the newly filed returns seeking the return preparer's work papers and documentation substantiating the income, expenses and deductions set forth on the returns. The return preparer's work papers have been provided, but no documentation substantiating the entries on the tax returns has been provided. The government has been advised that Mr. Caraway is in the process of assembling the requested documentation and that much of the documentation will have to be retrieved from banks. Once Mr. Caraway has retrieved all of the documentation that he is able to retrieve, the parties intend to arrange a meeting between Mr. Caraway and the agent examining the returns. After the agent has completed his examination, it is hoped that the parties will be able to agree on Mr. Caraway's tax liabilities, a stipulated judgment will be entered, and Mr. Caraway will make arrangements for payment of the tax liabilities.

///
///
///
///
///
///

1    The reason for rescheduling the Case Management Conference is to allow additional time
2 for Mr. Caraway to obtain the documentation to support the filed returns and to allow the tax
3 agencies' examination personnel to complete their examinations.

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

Dated: October 2, 2009                  /s/
                                        ─────────────────────────────
                                        DAVID L. DENIER
                                        Assistant United States Attorney
                                        Tax Division
                                        Attorneys for Plaintiff United States of America


Dated: October 1, 2009                  /s/
                                        ─────────────────────────────
                                        WILLIAM E. TAGGART, JR.
                                        Taggart & Hawkins P.C.
                                        Attorneys for Defendant Douglas R. Caraway


                                        EDMUND G. BROWN JR.
                                        Attorney General of California
                                        JOYCE E. HEE
                                        Supervising Deputy Attorney General


Dated: October 2, 2009                  /s/
                                        ─────────────────────────────
                                        KAREN W. YIU
                                        Deputy Attorney General
                                        Attorneys for Defendants Franchise Tax Board
                                        And Employment Development Department


                                   ORDER

Pursuant to stipulation, the case management conference in this case shall be rescheduled for January 15, 2010, 10:30 a.m., in courtroom 7.


Dated: October 6, 2009                  ─────────────────────────────
                                        UNITED STATES DISTRICT JUDGE