JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7017

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. C-08-04371-MMC |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| v. ) | CASE MANAGEMENT CONFERENCE |
| ) | AND [proposed] ORDER THEREON |
| DOUGLAS R. CARAWAY, et al., ) | |
| ) | |
| Dendants. ) | |

It is hereby stipulated by and between Plaintiff United States of America and Defendants, Douglas Caraway, Franchise Tax Board and Employment Development Department, through their respective counsel, that the case management conference be continued from January 15, 2010 to May 14, 2010 at 10:30 a.m.

This continuance will allow Defendant Douglas Caraway adequate time to complete the tax returns for the years at issue, provide them to the IRS along with the supporting documentation, and allow the tax authorities adequate time to review and accept, or propose modifications to the tax returns prepared by Defendant Caraway's tax preparers. The additional time is necessary due to the large numbers of tax years at issue for which new returns must be prepared and due to the limited time available for the preparation of those returns during the tax return preparation season leading to the

///

///

April 15, 2010 return filing deadline.

| EDMUND G. BROWN, JR. | JOSEPH P. RUSSONIELLO |
| Attorney General of the State of California | United States Attorney |

   /s/
KAREN YIU
Deputy Attorney General
Attorneys for Franchise Tax Board
and Employment Development Department

   /s/
THOMAS MOORE
Assistant United States Attorney
Attorneys for the United States

   /s/
BARBARA MORRISON
TAGGART & HAWKINS, PC
Attorneys for Douglas Caraway

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 6, 2010

UNITED STATES DISTRICT JUDGE