JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
BLAKE D. STAMM (CTBN 301887)
 Assistant United States Attorney
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7063
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DOUGLAS R. CARAWAY, et al., ) <br> ) <br> Defendants ) <br>  ) | Case No.  C-08-04371-MMC <br><br> STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [proposed] ORDER THEREON |

It is hereby stipulated by and between Plaintiff United States of America and Defendants, Douglas Caraway, Franchise Tax Board and Employment Development Department, through their respective counsel, that the case management conference be continued from May 14, 2010 to June 18, 2010 at 10:30 a.m.

Though the Court has granted several prior continuances, counsel for defendant Caraway and a retained accountant are finalizing tax returns for the years at issue.   An additional and limited continuance would allow defendant Caraway adequate time to complete the tax returns for the years at issue, and provide them to the IRS along with the supporting documentation.

//

//

//

| | |
|---|---|
| EDMUND G. BROWN, JR.<br>Attorney General of the State of California | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| _____/s/_____<br>KAREN YIU<br>Deputy Attorney General<br>Attorneys for Franchise Tax Board<br>and Employment Development Department | _____/s/_____<br>BLAKE D. STAMM<br>Assistant United States Attorney<br>Attorneys for the United States |

_____/s/_____
BARBARA MORRISON
TAGGART & HAWKINS, PC
Attorney for Douglas Caraway

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 6, 2010

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

Stipulation and [proposed] Order,
Case No. CV-08-04371 MMC

2