1  JOSEPH RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   BLAKE D. STAMM (CTBN 301887)
4   Assistant United States Attorney
    9th Floor Federal Building
5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-7063
    Attorneys for the United States of America
7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA       )
                                   )   Case No.  C-08-04371-MMC
12             Plaintiff,          )
                                   )   STIPULATION TO CONTINUE CASE
13       v.                        )   MANAGEMENT CONFERENCE AND
                                   )   [proposed] ORDER THEREON
14  DOUGLAS R. CARAWAY, et al.,    )
                                   )
15             Defendants          )
                                   )
16  _____

17        It is hereby stipulated by and between Plaintiff United States of America and

18  Defendants, Douglas Caraway, Franchise Tax Board and Employment Development

19  Department, through their respective counsel, that the case management conference be

20  continued from June 18, 2010 at 10:30 a.m to August 6, 2010 or a date thereafter at the

21  Court's convenience. .

22        Though the Court has granted several prior continuances, counsel for defendant

23  Caraway and a retained accountant have finalized tax returns for the years at issue1999

24  through 2004 inclusive.  On June 3, 2010, through counsel, they provided U.S. Individual

25  Income Tax Returns, Forms 1040 of defendant Caraway, for the years 1999, 2000 and

26  2001 and supporting documentation both to this Office and to the IRS for review.  They

27  plan to complete returns for the remaining years and make them and underlying records

28  available to the government for review within the next week to two.   An additional

continuance would allow defendant Caraway to continue this progress and adequate time for the government to complete its review.

| | |
|---|---|
| EDMUND G. BROWN JR.<br>Attorney General of the State of California | JOSEPH P. RUSSONIELLO<br>United States Attorney |
|      /s<br>KAREN YIU<br>Deputy Attorney General<br>Attorneys for Franchise Tax Board<br>and Employment Development Department |      /s<br>BLAKE D. STAMM<br>Assistant United States Attorney<br>Attorneys for the United States |

     /s
BARBARA MORRISON
TAGGART & HAWKINS, PC
Attorney for Douglas Caraway

     PURSUANT TO STIPULATION, IT IS SO ORDERED. Specifically, the Case Management Conference is CONTINUED to August 6, 2010.

Dated: __June 9, 2010____       _____
                                                           THE HONORABLE MAXINE M. CHESNEY
                                                           UNITED STATES DISTRICT COURT JUDGE