**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. C-08-04371 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| DOUGLAS A. CARAWAY, et al., | |
| Defendants. | |

    Before the Court is the parties' Supplemental Joint Case Management Conference Statement, filed October 8, 2010, in which the parties recommend they return to Court in sixty days, in light of their ongoing efforts to resolve the matter.

    Good cause appearing, the Case Management Conference is hereby CONTINUED from October 15, 2010 to December 17, 2010.  A Joint Case Management Statement shall be filed no later than December 10, 2010.

    **IT IS SO ORDERED.**

Dated: October 13, 2010

MAXINE M. CHESNEY
United States District Judge