1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. C-08-04371 MMC |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| DOUGLAS A. CARAWAY et. al., | ) | [proposed] PARTIAL JUDGMENT |
| Defendants. | ) | |

JUDGMENT is awarded as follows:

Douglas A. Caraway is indebted to the United States of America for federal taxes, interest and penalties for the years 1999, 2000, 2001, 2002, 2003 and 2004 in the amount of $163,897.25, with interest and penalties thereon from December 7, 2010 until paid.

Dated: December 14, 2010

*/s/ Maxine M. Chesney*
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE