```
1  MELINDA HAAG (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   BLAKE D. STAMM (CTBN 301887)
4   Assistant United States Attorney
    9th Floor Federal Building
5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-7063
   Attorneys for the United States of America
7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　　　　　　　　　　　　　 )<br>　　　　　　　Plaintiff,　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>　　　v.　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>DOUGLAS R. CARAWAY, et al.,　 )<br>　　　　　　　　　　　　　　　　 )<br>　　　　　　　Defendants　　　　 )<br>_____ ) | Case No.  C-08-04371-MMC<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [proposed] ORDER THEREON |

It is hereby stipulated by and between Plaintiff United States of America and Defendants, Douglas Caraway, Franchise Tax Board and Employment Development Department, through their respective counsel, that the case management conference be continued from December 17, 2010 at 10:30 a.m to January 21, 2011 ~~or a date thereafter at the Court's convenience~~.

On December 9, 2010 defendant Douglas Caraway stipulated to entry of partial judgment in this matter so as to reduce assessed tax, interest and penalties to judgment.  The government will file the stipulation and seek judgment on it during the period of continuance.  The period of continuance will also permit defendant Caraway to provide financial information so as to address the issues of collection and foreclosure.

//

//

//

1 | EDMUND G. BROWN JR.  
    Attorney General of the State of California

    MELINDA HAAG  
    United States Attorney

3 | _____/s_____  
    KAREN YIU  
4 | Deputy Attorney General  
    Attorneys for Franchise Tax Board  
5 | and Employment Development Department

    _____/s_____  
    BLAKE D. STAMM  
    Assistant United States Attorney  
    Attorneys for the United States

8 | _____/s_____  
    BARBARA DOHERTY  
    TAGGART & HAWKINS, PC  
9 | Attorney for Douglas Caraway

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: \_\_December 14, 2010_____   _____  
                                                        THE HONORABLE MAXINE M. CHESNEY  
                                                        UNITED STATES DISTRICT COURT JUDGE