IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 08-4371 MMC |
| Plaintiff, | **ORDER GRANTING MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL** |
| v. | |
| DOUGLAS R. CARAWAY, et al., | |
| Defendants. | |

Before the Court is William E. Taggart Jr. ("Taggart") and Barbara N. Doherty's ("Doherty") motion, filed March 28, 2011, to withdraw as counsel for defendant Douglas R. Caraway ("Caraway"), based on Caraway's refusal to cooperate with counsel (see Mot. ¶ 4), refusal to comply with his financial obligations under his engagement agreement (see Mot. ¶ 5), and stated intent to retain new counsel (see Mot. ¶ 7). No opposition to the motion has been filed.

Accordingly, the Court hereby VACATES the hearing scheduled for May 6, 2011, and, good cause appearing, hereby GRANTS the motion. Said counsel shall forthwith serve a copy of this order upon Caraway and file proof of such service with the Court.

**IT IS SO ORDERED.**

Dated: April 27, 2011

MAXINE M. CHESNEY
United States District Judge