IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> DOUGLAS R. CARAWAY, et al., <br> Defendants. | No. C 08-4371 MMC <br><br> **ORDER DIRECTING FORMER DEFENSE COUNSEL WILLIAM E. TAGGART AND BARBARA N. DOHERTY TO SHOW CAUSE FOR FAILURE TO FILE PROOF OF SERVICE** |

By order filed April 27, 2011, the Court granted William E. Taggart, Jr. ("Taggart") and Barbara N. Doherty's ("Doherty) motion to withdraw as counsel for defendant Douglas Caraway ("Caraway"). By the same order, the Court directed Taggart and Doherty to serve a copy of the order upon Caraway and file proof of such service with the Court forthwith. To date, however, Taggart and Doherty have not filed such proof of service.

Accordingly, Taggart and Doherty are hereby ORDERED TO SHOW CAUSE, in writing and no later than May 20, 2011, why the Court's April 27, 2011 order should not be vacated or other sanction imposed. In the event proof of service of the Court's April 27, 2011 order is filed by May 20, 2011, the order to show cause will be discharged.

**IT IS SO ORDERED.**

Dated: May 13, 2011

MAXINE M. CHESNEY
United States District Judge