**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                    No. C 08-4371 MMC

12              Plaintiff,                        **ORDER VACATING HEARING ON
                                                  MOTIONS FOR SUMMARY JUDGMENT**
13      v.

14   DOUGLAS R. CARAWAY, et al.,

15              Defendants.
                                          /
16

17      Before the Court are (1) plaintiff United States of America's motion for summary

18   judgment, filed September 9, 2011, and (2) defendant Fremont Bank's motion for summary

19   judgment, filed September 12, 2011.  No opposition to either motion has been filed.

20   Accordingly, the Court deems the matters submitted on the moving papers and hereby

21   VACATES the hearings scheduled for November 18, 2011.

22      **IT IS SO ORDERED.**

23
                                          _____
24   Dated: November 8, 2011              MAXINE M. CHESNEY
                                          United States District Judge
25

26

27

28