TERRANCE L. STINNETT, ESQ. CA Bar #46010
39150 Fremont Blvd, 3rd Floor
Fremont, CA 94538
Telephone: (510) 505-5335
Facsimile:  (510) 670-2402
E-mail:  Terrance.Stinnett@fremontbank.com

Attorneys for Defendant Fremont Bank

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>v.<br>DOUGLAS R. CARAWAY et al.<br>　　　　　Defendants. | Case No. C 08 4371 MMC<br><br>[~~Proposed~~] JUDGMENT ESTABLISHING PRIORITY OF LIENS OF FREMONT BANK'S DEEDS OF TRUST |

　　　　The Motion For Summary judgment filed September 12, 2011 by Defendant Fremont Bank having come before the Court and no opposition to said motion having been filed; and

　　　　IT APPEARING, AND THE COURT FINDS, AS FOLLOWS:

　　　　1.　　The lien of Fremont Bank's Deed of Trust recorded with the County Recorder of San Mateo County on January 15, 1992 under Recorder's Serial No. 92005345, and the lien of Fremont Bank's Deed of Trust recorded with the County Recorder of San Mateo County on January 15, 1992 under Recorder's Serial No. 92005346, were each recorded as liens against the real property commonly known as 743 Neal Avenue, San Carlos, CA 94070-4421 (the "Property") owned by Defendant Douglas R. Caraway prior to the recordation of (i) the tax liens recorded against the Property by the United States of America and (ii) the liens recorded against the Property by the other defendants herein; and

　　　　2.　　Upon the sale of the real property commonly known as 743 Neal Avenue, San Carlos,

1

CA 94070-4421 the liens of Fremont Bank's First Deed of Trust and its Second Deed of Trust have priority over (i) the tax liens recorded against the Property by the United States of America and (ii) the liens recorded against the Property by the other defendants herein; and

       3.      The liens of Fremont Bank's First Deed of Trust and its Second Deed of Trust are entitled to be paid from the first proceeds of the sale of the Property prior to the payment of either (i) the tax liens recorded by the United States of America or (ii) the liens recorded by the other defendants herein.

       NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

       1.      Fremont Bank's Motion For Summary Judgment is hereby granted in its entirety.

       2.      Upon a sale of the Property pursuant to an order of this Court, and the entry of any order by this Court confirming the sale of said Property, the lien of Fremont Bank's Deed of Trust recorded with the County Recorder of San Mateo County on January 15, 1992 under Recorder's Serial No. 92005345, and the lien of Fremont Bank's Deed of Trust recorded with the County Recorder of San Mateo County on January 15, 1992 under Recorder's Serial No. 92005346, shall be paid first from the proceeds from the sale of the Property prior to the payment of the following liens against the Property, to wit: (i) the lien of a deed of trust in favor of Lorraine K. Caraway recorded on December 31, 1993, (ii) the lien of a deed of trust in favor of C. Thomas Biscardi recorded on October 18, 2000, (iii) the lien of an abstract of judgment in favor of CBA Collection Bureau of America, Ltd., recorded on August 10, 2006, (iv) the lien of a federal tax lien in favor of the United States of America recorded on February 14, 2007, (v) the lien of an abstract of judgment in favor of Amanda & Fred Hummel recorded on March 27, 2007, (vi) the lien of an abstract

//

//

of judgment in favor of Fred A. Hummel recorded on March 27, 2007, and (vii) the lien of a federal tax lien in favor of the United States of America recorded on May 7, 2008.

DATED this __16__ day of _November_ 2011

BY THE COURT

_____
MAXINE M. CHESNEY
United States District Judge