IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 08-4371 MMC |
| Plaintiffs, | **ORDER DIRECTING DEFENDANT'S COUNSEL TO SERVE MOTION TO WITHDRAW** |
| v. | |
| DOUGLAS R. CARAWAY, et al. | |
| Defendants / | |

Before the Court is the Motion to Withdraw as Counsel for Defendant, filed February 14, 2012 by Sun Joo Chung, counsel for defendant Douglas R. Caraway in the above-titled action.[1]

The proof of service attached thereto makes no reference to service of the motion on defendant Douglas R. Caraway. Pursuant to the Civil Local Rules of this district, "[c]ounsel may not withdraw from an action until relieved by order of Court after written

---

[1] Counsel has violated General Order 45 and the Court's standing orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2. Counsel is hereby advised that if she fails in the future to comply with the Court's order to provide chambers copies of electronically-filed documents, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

notice has been given reasonably in advance to the client and to all other parties who have appeared in the case." See Civil L.R. 11-5.

Accordingly, Sun Joo Chung is hereby DIRECTED to serve, upon Douglas R. Caraway, the above-referenced motion, such service to be made by mail with proof of service filed with the Court. If service is not accomplished and proof thereof filed at least 35 days before March 23, 2012, the date currently noticed for hearing on the motion, counsel is hereby further DIRECTED to renotice the motion in accordance with the Civil Local Rules of this district. See Civil L.R. 7-2.

**IT IS SO ORDERED.**

Dated: February 16, 2012

MAXINE M. CHESNEY
United States District Judge