**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 08-4371 MMC |
| Plaintiffs, | **ORDER CONDITIONALLY CLOSING CASE** |
| v. | |
| DOUGLAS R. CARAWAY, et al. | |
| Defendants / | |

Plaintiff United States of America having informed the Court that the above-titled action has been automatically stayed pursuant to 11 U.S.C. § 362, in light of defendant Douglas R. Caraway's filing of a voluntary bankruptcy petition with the United States Bankruptcy Court for the Northern District of California, IT IS HEREBY ORDERED that the above-titled action is CLOSED for statistical purposes only.[1]

Nothing contained in this order shall be considered a dismissal or disposition of said action against any defendant, and should further proceedings become necessary therein,

//

//

---

[1] Currently pending before the Court is the Motion to Withdraw as Counsel for Defendant, filed February 14, 2012 by Sun Joo Chung, counsel for defendant Douglas R. Caraway. If counsel is of the view that her motion to withdraw can be heard during the pendency of the automatic stay, she shall file in the instant action a memorandum of points and authorities in support of her position.

1 any party may initiate them in the same manner as if this order had not been entered.

2 **IT IS SO ORDERED.**

4 Dated: March 8, 2012

*[signature]*
MAXINE M. CHESNEY
United States District Judge