IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 08-4371 MMC |
| Plaintiff, | **ORDER VACATING HEARING** |
| v. | |
| DOUGLAS R. CARAWAY, et al. | |
| Defendants. | |

The Court, by order filed March 8, 2012, administratively closed the above-titled action in light of a pending bankruptcy proceeding, and afforded Sun Joo Chung, counsel for defendant Douglas R. Caraway, an opportunity to file points and authorities showing her motion to withdraw as counsel for said party is not subject to said stay. To date, no such filing has been submitted.

Accordingly, the hearing on the motion to withdraw, presently scheduled for April 6, 2012, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: March 30, 2012

MAXINE M. CHESNEY
United States District Judge