1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 08-4371 MMC |
|        Plaintiffs, | **ORDER REOPENING CASE** |
|   v. | |
| DOUGLAS R. CARAWAY, et al. | |
|        Defendants | |

_____/

Plaintiff United States of America having informed the Court that the Automatic Stay in defendant Douglas R. Caraway's bankruptcy case has been lifted to permit the prosecution of the above-titled action (see Notice filed Dec. 17, 2012, Ex. A) and that said bankruptcy proceeding has been dismissed (see id.), IT IS HEREBY ORDERED that the above-titled action is REOPENED.

**IT IS SO ORDERED.**

Dated: December 19, 2012

MAXINE M. CHESNEY
United States District Judge