IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiffs,<br><br>  v.<br><br>DOUGLAS R. CARAWAY, et al.<br><br>  Defendants | No. C 08-4371 MMC<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY; DIRECTIONS TO CLERK; DIRECTIONS TO PARTIES** |

　　　Before the Court is Sun Joo Chung's "Motion to Withdraw as Counsel for Defendant," filed January 4, 2013, by which the movant seeks an order allowing her to withdraw as counsel of record for plaintiff Douglas R. Caraway ("Caraway"). No opposition has been filed. Having read and considered the papers filed in support of the motion, the Court deems the matter suitable for decision thereon, VACATES the hearing scheduled for February 15, 2013 and, good cause appearing, hereby GRANTS the motion.

　　　In light of the Court's having granted the instant motion, Caraway now proceeds pro se, and, accordingly, the Clerk is hereby DIRECTED to amend the docket to include the following contact information for Caraway:

> Douglas R. Caraway
> 985 East San Carlos Ave.
> San Carlos, CA 94070

　　Plaintiff is hereby DIRECTED to continue to electronically file all documents.

1  Additionally, plaintiff is hereby DIRECTED to serve on Caraway at the above-stated
2  address, either by mail or by personal delivery, all documents plaintiff files with the court.
3      Caraway is hereby DIRECTED to submit all documents in paper form, specifically by
4  mailing or otherwise delivering to the Clerk of the District Court, 450 Golden Gate Avenue,
5  16th Floor, San Francisco CA 94102, an original document along with a chambers copy of
6  any original document, such copy clearly marked "Chambers Copy."  Additionally, Caraway
7  is hereby DIRECTED to serve all defendants with a copy of any document he files with the
8  Clerk, and to file proof of such service.  See Civil L.R. 5-6(a).[1]
9  **IT IS SO ORDERED.**

11  Dated: January 23, 2013

    _____
    MAXINE M. CHESNEY
    United States District Judge

---

[1] Caraway is hereby ADVISED to obtain, either from his former counsel or from the Clerk of the Court, a copy of the Civil Local Rules for the Northern District of California. Alternatively, the Civil Local Rules are available on the District Court's website, specifically, http://www.cand.uscourts.gov.

2