IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiffs,

v.

DOUGLAS R. CARAWAY, et al.

    Defendants

No. C 08-4371 MMC

**ORDER DENYING DEFENDANT'S MOTION FOR RELIEF FROM JUDGMENT**

Before the Court is defendant Douglas R. Caraway's ("Caraway") letter, filed February 5, 2013, which the Court construes as a motion, pursuant to Rule 60(b)(1) of the Federal Rules of Civil Procedure, for relief from the Court's November 18, 2011 Amended Judgment and Decree of Sale. The government has filed opposition.[1] The Court having read and considered the papers filed in support of and in opposition to the motion, the motion is hereby DENIED. A memorandum of decision, setting forth the Court's reasoning, will follow shortly hereafter.

    **IT IS SO ORDERED.**

Dated: February 11, 2013

                         MAXINE M. CHESNEY
                         United States District Judge

---

[1] The late date on which the motion was filed did not allow for the filing of a reply.