United States District Court

Northern California

US District Judge:

    Maxine Chesney

Case number C-08-4371 MMC            June 21, 2013

FILED
JUN 2 1 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Your Honor,

The Court ordered a motion for stay to be filed by today. While preparing the documents with the help of a friend, a computer problem at 12:35 PM today destroyed my latest drafts.

I am requesting an extension until Monday, June 24, 2013 to submit my motion papers.

Thank you for your consideration.

Sincerely,

Douglas R. Caraway

IT IS SO ORDERED
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE
DATE 6/24/13

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

DOUGLAS R. CARAWAY et al,

        Defendant.

Case Number: CV08-04371 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 24, 2013, I SERVED true and correct copies of the attached, by placing said copies in postage paid envelopes addressed to the persons hereinafter listed, by depositing said envelopes in the U.S. Mail.

Chester J. Gilbert
1500 Howard Avenue, Apt. 308
Burlingame, CA 94010

Douglas R. Caraway
985 East San Carlos Avenue
San Carlos, CA 94070

Dated: June 24, 2013

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk