IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 08-4371 MMC |
| Plaintiff, | **ORDER VACATING AUGUST 2, 2013 HEARING** |
| v. | |
| DOUGLAS R. CARAWAY, et al. | |
| Defendants. / | |

    Before the Court is defendant's Motion for Stay Pending Appeal, filed June 24, 2013. The government has filed opposition, to which defendant has replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and hereby VACATES the hearing scheduled for August 2, 2013.

    **IT IS SO ORDERED.**

Dated: July 29, 2013

MAXINE M. CHESNEY
United States District Judge