IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS R. CARAWAY, et al.,<br><br>Defendants. | No. C-08-4371 MMC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On January 11, 2016, the Court issued an Order to Show Cause, directing the government to show cause why its Motion for Ejectment, filed December 16, 2015, should not be denied as moot. On February 10, 2016, the government withdrew said motion. In light thereof, the Order to Show Cause is hereby DISCHARGED.

**IT IS SO ORDERED.**

Dated: February 10, 2016

MAXINE M. CHESNEY
United States District Judge