IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DOUGLAS R. CARAWAY, et al.,<br><br>    Defendants. | Case No. 08-cv-04371-MMC<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO AMEND JUDGMENT AND DECREE OF SALE**<br><br>Re: Dkt. No. 166 |

Before the Court is the United States' "Application to Amend Judgment and Decree of Sale," filed April 13, 2016, by which the United States requests the Court modify certain provisions in the "Amended Judgment and Decree of Sale," filed November 18, 2011, pertaining to the manner in which the Decree of Sale is to be executed. Defendants were required to file their opposition, if any, no later than April 27, 2016. To date, no opposition has been filed.

The Court having read and considered the Application, the relief requested therein is hereby GRANTED, <u>see</u> Fed. R. Civ. P. 60(a); <u>Mootry v. Grayson</u>, 104 F. 613 (9th Cir. 1900), and the proposed Second Amended Judgment and Decree of Sale will be entered concurrently herewith.

**IT IS SO ORDERED.**

Dated: April 29, 2016

                                                      MAXINE M. CHESNEY<br>                                                      United States District Judge