IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>  v.<br>DOUGLAS R. CARAWAY, et al.,<br>        Defendants. | Case No. 08-cv-04371-MMC<br><br>**ORDER RE: LETTER FROM DEFENDANT DOUGLAS CARAWAY** |

The Court is in receipt of a letter, filed May 13, 2016, in which defendant Douglas Caraway ("Caraway") requests a Court order. Pursuant to the Local Rules of this district, however, "[a]ny written request to the Court for an order" must be presented by motion or stipulation. See Civil L.R. 7-1(a).

Moreover, the letter was written by an attorney who has not appeared as counsel of record for Caraway.

Accordingly, the Court takes no further action on the above-referenced request.

**IT IS SO ORDERED.**

Dated: May 17, 2016

                                              MAXINE M. CHESNEY<br>
                                              United States District Judge