IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DOUGLAS R. CARAWAY, et al.,<br>Defendants. | Case No. 08-cv-04371-MMC<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO AMEND JUDGMENT AND DECREE OF SALE**<br><br>Re: Dkt. No. 172 |
|---|---|

Before the Court is the United States' "Application for Third Amended Judgment and Decree of Sale," filed July 8, 2016, by which the United States requests the Court modify the "Second Amended Judgment and Decree of Sale," filed April 29, 2016; in this instance, the United States seeks to add a provision specifying the type of account in which the Clerk of the Court shall deposit the proceeds of the sale. Defendants were required to file their opposition, if any, no later than July 22, 2016. To date, no opposition has been filed.

The Court having read and considered the Application, the relief requested therein is hereby GRANTED, see Fed. R. Civ. P. 60(a); Mootry v. Grayson, 104 F. 613 (9th Cir. 1900), and the proposed Third Amended Judgment and Decree of Sale will be entered concurrently herewith.

**IT IS SO ORDERED.**

Dated: July 28, 2016

MAXINE M. CHESNEY
United States District Judge