IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>DOUGLAS R. CARAWAY, et al.,<br>    Defendants. | Case No. 08-cv-04371-MMC<br><br>**ORDER SETTING ASIDE JUDGMENT; DIRECTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT; DIRECTIONS TO PLAINTIFF RE SERVICE ON NEW DEFENDANTS** |

Before the Court is defendant Douglas R. Caraway's ("Caraway") Motion for Relief from Order, filed August 12, 2016, by which Caraway seeks, under Rules 60(b) and 60(c) of the Federal Rules of Civil Procedure, relief from the Court's judgment in the above-titled action, to the extent such judgment contains a directive that Caraway's real property be sold by a government representative rather than Caraway's realtor. Plaintiff United States of America, as well as defendants Employment Development Department of the State of California ("EDD"), State of California Franchise Tax Board ("FTB"), and Fremont Bank, have filed opposition,[1] to which Caraway has replied. The matter came on regularly for hearing on September 23, 2016. Assistant United States Attorney Cynthia Lewis Stier appeared on behalf of plaintiff, Deputy Attorney General Lucy F. Wang appeared on behalf of the EDD and FTB, Terrance L. Stinnett appeared on behalf of Fremont Bank, and Caraway appeared pro se.

---

[1] In addition to its opposition, the United States filed a document titled "Motion for Joinder Pursuant to Rule 19(a)(1) of the Fed. R. Civ. Pro.," which, at the hearing, the United States clarified was not intended as a separate motion, but, rather, a memorandum bearing on the issues raised by Caraway's motion.

For the reasons stated on the record at the hearing, the Court hereby rules as follows:

1. The Third Amended Judgment and Decree of Sale, entered July 28, 2016, and all preceding Judgments entered in the instant action, are hereby SET ASIDE and VACATED.

2. Caraway's Motion for Relief is hereby DENIED as moot.

3. No later than September 30, 2016, the United States shall file a First Amended Complaint ("FAC"), adding Patrick R. Giles and the Estate of Lorraine Caraway as defendants.

4. No later than October 7, 2016, the United States shall serve upon Patrick R. Giles a summons and copy of the FAC and shall, within seven days of effectuating service, file proof thereof.

5. No later than October 7, 2016, the United States shall either: (a) serve upon the Estate of Lorraine Caraway a summons and copy of the FAC and, within seven days of effectuating service, file proof thereof, or, in the alternative, (b) if it determines notice upon the Estate by publication is appropriate, file a request for such service, an affidavit in support thereof, and a proposed order.

**IT IS SO ORDERED.**

Dated:  September 23, 2016

MAXINE M. CHESNEY
United States District Judge