IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOUGLAS R. CARAWAY, et al.,<br><br>　　　　Defendants. | Case No. 08-cv-04371-MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME; VACATING HEARING AND SETTING EXPEDITED BRIEFING SCHEDULE RE: MOTION TO SERVE BY PUBLICATION** |

　　　　Before the Court is the United States' motion, filed October 6, 2016, by which the government seeks a one-week extension of time, from October 7, 2016, to October 14, 2016, to file a motion for leave to serve the Estate of Lorraine Caraway by publication ("Motion to Extend Time"). No opposition has been filed.[1] Having read and considered the papers filed in support of the Motion to Extend Time, the Court, for the reasons stated by the United States in its motion, hereby GRANTS said motion nunc pro tunc.

　　　　Also before the Court is the United States' "Motion to Serve the Estate of Lorraine Caraway by Publication Pursuant to 28 U.S.C. § 1655" ("Motion to Serve"), filed October 14, 2016. As discussed at the hearing conducted September 23, 2016, the parties have a common interest in serving the Estate of Lorraine Caraway as soon as possible. Accordingly, the Court hereby VACATES the November 18, 2016, hearing on the Motion to Serve and SETS the following expedited briefing schedule:

　　　　1. No later than October 26, 2016, any opposition shall be filed.

---

[1] Defendants Douglas R. Caraway and Chester R. Gilbert, who appear pro se, were served by mail on October 11, 2016.

      2.      Any reply shall be filed no later than October 31, 2016, on which date, unless the parties are otherwise advised, the motion will stand submitted.

**IT IS SO ORDERED.**

Dated: October 19, 2016



MAXINE M. CHESNEY  
United States District Judge