IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

               Plaintiff,

    v.

DOUGLAS R. CARAWAY, et al.,

               Defendants.

Case No. 08-cv-04371-MMC

**ORDER APPROVING FILING OF SECOND AMENDED COMPLAINT**

Re: Dkt. No. 206

Before the Court is the Second Amended Complaint ("SAC"), filed October 25, 2016, by plaintiff United States of America, purportedly "pursuant to Rule 15(a)(1) [of the Federal Rules of Civil Procedure]." (See SAC at 1:27-28.)

Contrary to plaintiff's asserted authority for such filing, however, Rule 15 provides no such support. Rather, after a first amended complaint has been filed, "a party may amend its pleading only with the opposing party's written consent or the court's leave." See Fed. R. Civ. P. 15(a)(2). Here, the docket reflects no such stipulation or motion for such leave. Nevertheless, given the nature of the amendment, the Court hereby APPROVES the filing nunc pro tunc.[1]

**IT IS SO ORDERED.**

Dated: October 27, 2016

MAXINE M. CHESNEY
United States District Judge

---

[1] Additionally, the Court deems answers filed in response to the First Amended Complaint to be responsive to the SAC.