IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>  v.<br>DOUGLAS R. CARAWAY, et al.,<br>  Defendants. | Case No. 08-cv-04371-MMC<br><br>**ORDER CONTINUING HEARING**<br><br>Re: Dkt. No. 226 |

Before the Court is defendant Douglas R. Caraway's motion for relief under Rule 60 of the Federal Rules of Civil Procedure, filed Monday, March 6, 2017, and noticed for hearing on Monday, April 10, 2017.  As the Court conducts such hearings on Fridays, see Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 3b, the hearing is hereby CONTINUED to Friday, April 14, 2017, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: March 6, 2017

MAXINE M. CHESNEY
United States District Judge