AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>  Plaintiff(s),<br>V.<br>DOUGLAS R. CARAWAY<br>  Defendant(s), | CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY<br><br>CASE NUMBER: 08-CV-04371-MMC |

Notice is hereby given that, subject to approval by the court, __DOUGLAS R. CARAWAY__ substitutes
(Party (s) Name)

__DIANE C. DECKARD__, State Bar No. __99632__ as counsel of record in
(Name of New Attorney)

place of __DOUGLAS R. CARAWAY, IN PRO PER__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      THE DECKARD LAW FIRM
Address:        96 NORTH THIRD STREET, #350, SAN JOSE, CA 95112
Telephone:      (408) 971-4359         Facsimile  (408) 971-4357
E-Mail (Optional):  diane@deckardlaw.com

I consent to the above substitution.
Date:   3/23/2017
_____
(Signature of Party (s))

I consent to being substituted.
Date:   3/23/2017
_____
(Signature of Former Attorney (s))

I consent to the above substitution.
Date:   3/23/2017
*Diane C. Deckard*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  March 27, 2017
_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]