IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>DOUGLAS R. CARAWAY, et al.,<br>　　　　Defendants. | Case No. 08-cv-04371-MMC<br><br>**ORDER RE: SALE OF PROPERTY** |

The Court having issued on today's date an order approving the parties' stipulation for a private sale of the subject property, such sale to be concluded April 29, 2017, and the parties having agreed in said stipulation to leave in place pending such conclusion the previously authorized public sale, currently scheduled for May 17, 2017, the parties are hereby DIRECTED to file, no later than May 5, 2017: (1) a joint report advising the Court as to the status of the private sale and (2) any stipulation concerning the need to proceed under the previously issued judgment and decree authorizing the public sale.

**IT IS SO ORDERED.**

Dated: April 26, 2017

MAXINE M. CHESNEY
United States District Judge