IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DOUGLAS R. CARAWAY, et al.,<br><br>    Defendants. | Case No. 08-cv-04371-MMC<br><br>**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS AMANDA HUMMEL, FRED HUMMEL, AND FLORENCE LINOR REGE**<br><br>Re: Dkt. No. 248 |

    Before the Court is plaintiff's "Motion for Default Judgment Against Amanda Hummel, Fred Hummel, and Florence Linor Rege," filed April 17, 2017, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. No opposition has been filed. Having read and considered the papers filed in support of the motion, the Court deems the matter appropriate for determination on the written submissions, and, for the reasons set forth therein, the motion is hereby GRANTED.

    Accordingly, said defendants are hereby ADJUDGED to have no right, title, claim, lien, or other interest in the real property known as 734 Neal Avenue, San Carlos, California, and the Clerk shall enter default judgment in accordance therewith in favor of plaintiff and against defendants Amanda Hummel, Fred Hummel, and Florence Linore Rege.

    In light of the above, the hearing scheduled for May 26, 2017, is hereby VACATED.

    **IT IS SO ORDERED.**

Dated: May 3, 2017

                                                 MAXINE M. CHESNEY<br>
                                                 United States District Judge