THE DECKARD LAW FIRM
Diane C. Deckard, Esq. (SBN 99632)
Lynn R. Toma, Esq. (SBN 100384)
96 N. Third Street, Ste. 350
San Jose, CA 95112
Telephone: (408) 971-4359
Facsimile: (408) 971-4357

Attorneys for Plaintiff
Douglas R. Caraway

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C-08-4371 MMC |
| Plaintiff, | **(PROPOSED) ORDER** CANCELLING PUBLIC SALE OF PROPERTY; DIRECTIONS RE: RELEASE OF SUMS HELD BY CLERK OF COURT |
| v. | |
| DOUGLAS CARAWAY, et al., | Ctrm: 7 |
| Defendants. | Judge: Hon. Maxine Chesney |

Given the successful private sale status report filed May 4, 2017, reporting that there has been a private sale of the real property located at 734 Neal Avenue, San Carlos, (the "Subject Property") California, pursuant to the terms of the Amended Stipulation for Authorization for Private Sale, and the Order signed by the Court on April 26, 2017, the public auction scheduled for May 17, 2017, as authorized by this Court's Judgment and Decree of Sale entered February 22, 2017, is no longer necessary and is hereby cancelled.

In the above-referenced status report, the IRS, the State of Calfornia Employment Development Department (EDD) and Fremont Bank have confirmed that they have received payment of their liens from escrow. Although the escrow officer informed that a payment check regarding the lien of the State of California Franchise Tax Board

ORDER CANCELLING PUBLIC SALE OF PROPERTY; DIRECTIONS RE: RELEASE OF SUMS HELD BY COURT
Case No.: C-08-04371-MMC     -1-

(FTB) was mailed to the FTB, it has not been able to confirm receipt of payment as of May 4, 2017. Given the tax filing season, it may take as long as two weeks for the FTB's check to be posted. Nevertheless, the FTB has joined in the above-referenced status report, requesting that the Court release the sums currently held by the Clerk of Court.

Accordingly, in forfeited funds paid by bidders at auctions of the Subject Property ~~Moreover,~~ the Clerk of the Northern District of California, who is holding $20,000, is hereby ordered to release the sum of $5,501.41 to the IRS to cover the expenses incurred related to the prior attempts to sell the subject property at public auction. The Clerk of Court is directed to pay the sum of $5,501.41 to the Internal Revenue Service and send it to Cynthia Stier, AUSA, United States Attorney's Office, 450 Golden Gate Ave, Box 36055, San Francisco, CA 94102-3495. The balance of $14,498.59 is ordered to be released to Douglas Caraway c/o the Deckard Law Firm, 96 N. Third Street, Ste. 350, San Jose, CA 95112.

Dated: May __17__, 2017

By: /s/ Maxine M. Chesney
Honorable Maxine Chesney