IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DOUGLAS R. CARAWAY, et al.,<br><br>    Defendants. | Case No. 08-cv-04371-MMC<br><br>**ORDER RE: PAYMENT OF INTEREST ON SUMS HELD BY CLERK OF COURT; DIRECTIONS TO PARTIES** |

By order filed May 17, 2017, the Court directed the Clerk of Court to release $20,000 held by the Clerk of Court as follows: $5501.41 to the Internal Revenue Service and $14,498.59 to defendant Douglas Caraway. Having been informed that interest has accrued on the sums held by the Clerk of Court, the Court finds such interest, along with $14,498.59, should be released to defendant Douglas R. Caraway.

Accordingly, the Court hereby DIRECTS the Clerk of Court to pay such interest to defendant Douglas R. Caraway upon his submission of a completed W-9 form.

**IT IS SO ORDERED.**

Dated: May 22, 2017

MAXINE M. CHESNEY
United States District Judge